UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA

V.                              CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/19/99    Docket # 44<br><br>[X] Plff.<br><br>Title: MOTION SHOWING CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED... | Plaintiff having shown cause, sanctions shall not be imposed at this time. |

| MOTION | RULING |
|---|---|
| Date Filed: 8/19/99    Docket # 45<br><br>[X] Plff.<br><br>Title: PLAINTIFF'S MOTION IN COMPLIANCE WITH LOCAL RULE 108(1) | NOTED. |

September 17, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By:             # 46

Received & Filed 1999 SEP 20 AM 7:17 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

5