IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 29 AM 7:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

RAYMOND N. COREY LANUZA,

    Plaintiff,

    v.

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

CIVIL NO. 98-2016 (RLA)

## PARTIAL JUDGMENT
## DISMISSING DR. JUAN A. GARCIA AND HIS INSURER

The Court having dismissed the claims asserted against DR. JUAN A. GARCIA and SIMED, as insurer for DR. GARCIA, through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the claims asserted against DR. JUAN A. GARCIA and SIMED, as insurer for DR. GARCIA, be and the same are hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this _18_ day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)