IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

v.                                       CIVIL NO. 98-2016(RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

## SECOND OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

**Agreements Under Seal**

Plaintiff's Motion for Reconsideration of Order to Produce Settlement Agreements, filed on October 1, 1999 (docket No. **50**) is **DENIED**.

Plaintiff's Motion Tendering Agreements Under Seal, filed on October 1, 1999 (docket No. **51**) is **NOTED**.

It is further ORDERED that plaintiff shall make available to opposing counsel, **on or before November 15, 1999**, copy of the documents entitled Settlement, Assignment, and Release Agreement previously entered in Civ. No. 96-2058(HL) with: (1) COOPERATIVA DE SEGUROS MULTIPLES as insurer for EDUARDO VELEZ NIEVES, (2) COOPERATIVA DE SEGUROS MULTIPLES as insurer for GIL PIÑEIRO GARCIA, and (3) SAN PABLO HOSPITAL.





AO 72
(Rev 8/82)

CIVIL NO. 98-2016 (RLA)                      Page 2

Counsel for defendants are admonished that these documents shall be treated as confidential on pain of contempt of Court.

It is further ORDERED that defendants' motion to dismiss based on the statute of limitations defense, if warranted upon review of the aforementioned documents, shall be served to opposing counsel **on or before December 17, 1999.**

**Curriculum Vitae of DR. LOMBARDI**

Plaintiff's Certificate of Service of DR. LOMBARDI's curriculum vitae, filed on October 8, 1999 (docket No. **53**) is **NOTED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of October, 1999.

By _____
RAYMOND L. ACOSTA
United States District Judge