UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 18 AM 8 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RAYMOND N. COREY LANUZA

V.   CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/8/99   Docket # 55<br><br>[X] Plff.<br><br>Title: PLAINTIFF'S MOTION FOR EXTENSION OF TIME | GRANTED |
| Date Filed: 11/9/99   Docket # 56<br><br>[X] Plff.<br><br>Title: PLAINTIFF'S MOTION IN COMPLIANCE | NOTED. |

November 14, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:         EOD:

By:         # 57