IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

    v.                         CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

### ORDER COMPELLING DEFENDANTS TO PRODUCE DISCOVERY

Plaintiff's Motion to Compel, filed on December 2, 1999 (docket No. **58**) is hereby **GRANTED**.

Accordingly, unless previously provided, defendants[1] shall furnish plaintiff the outstanding discovery identified herein - which is long overdue[2] - by the following deadlines.

The (1) list of expert witnesses and their curriculum vitae and (2) list of fact witnesses expected to testify at trial shall be provided **on or before December 24, 1999:**.

The expert reports shall be furnished **on or before December 29, 1999**.

---

[1] Dr. Rhadamés Hernández Opposition... filed on December 15, 1999 (docket No. **59**) is **NOTED**.

[2] See Minutes of Further Status Conference Held on September 27, 1999 (docket No. 49).

The parties are admonished that failure to comply with the terms of this Order shall result in the imposition of sanctions, including but not limited to, the striking of the expert/fact witnesses and/or monetary sanctions.

This Order shall be notified y **FAX** and mail.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of December, 1999.

RAYMOND L. ACOSTA
United States District Judge