UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA

V.                               CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/17/99   Docket # 60<br><br>[X] Dft. DR. RAHADAMES HERNANDEZ SOTO<br><br>Title: MOTION REQUESTING BRIEF EXTENSION OF TIME | GRANTED until **December 27, 1999** to serve response to plaintiff's dispositive motion. |

December 22, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:      #  65