IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

    v.                         CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

### THIRD OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

**Compliance with Order to Compel**

The Motion, filed by codefendant RHADAMES HERNANDEZ on December 23, 1999 (docket No. **62**) and the Motion in Compliance with Order, filed by codefendant MEDIC EMERGENCY SPECIALTIES, INC. on December 27, 1999 (docket No. **64**) are **NOTED**.

**Extension of Time to Submit Dispositive Motion**

The Motion for Final Extension of Time to File Joint Dispositive Motion, filed by codefendant MEDIC EMERGENCY SPECIALTIES, INC. on December 27, 1999 (docket No. **63**) is **GRANTED**.

Accordingly, defendants shall serve their joint motion for summary judgment **on December 30, 1999.**

Expert's Report

CIVIL NO. 98-2016 (RLA)                                                Page 2

The Motion Submitting Expert's Report [DR. JORGE A NOYA MONAGAS - general surgeon] filed by codefendant MEDIC EMERGENCY SPECIALTIES, INC. on December 29, 1999 (docket No. 66) is **NOTED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge