IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

v.                                    CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

## FOURTH OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

### Compliance with Order to Compel

The Motion in Compliance with Order, filed by codefendant DR. RHADAMES HERNANDEZ SOTO on December 30, 1999 (docket No. **67**) is **NOTED**.

### Dispositive Motion

The Certificate of Service [of dispositive motion] filed by codefendants DR. RHADAMES HERNANDEZ SOTO and MEDIC EMERGENCY SPECIALISTS on December 30, 1999 (docket No. **68**) is **NOTED**.

The Motion under Local Rule 108.1, filed by codefendants DR. RHADAMES HERNANDEZ SOTO and MEDIC EMERGENCY SPECIALISTS on December 30, 1999 (docket No. **69**) is **GRANTED**.

CIVIL NO. 98-2016 (RLA) Page 2

Plaintiff's First Request for Extension of Time to Oppose Cod-defendants' Motion for Summary Judgment, filed on January 18, 2000 (docket No. **71**) is **MOOT**. See Plaintiff's Motion to Correct Misstatement, filed on January 20, 2000 (docket No. **72**) which is hereby **GRANTED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge