IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

v.                                        CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

**ORDER CONTINUING FURTHER STATUS CONFERENCE**

The FURTHER STATUS CONFERENCE scheduled for **February 23, 2000**[1] is hereby **CONTINUED SINE DIE** pending disposition of the motion for summary judgment noticed by codefendants DR. RHADAMES HERNANDEZ SOTO and MEDIC EMERGENCY SPECIALISTS on December 30, 1999 (see docket No. 68).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8 day of February, 2000.

                                  RAYMOND L. ACOSTA
                            United States District Judge

---

[1] See Minutes of Further Status Conference Held on September 27, 19999... (docket No. 49).