IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

v.                                    CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

### ORDER STAYING PROCEEDINGS
### AND SETTING DEADLINE FOR FILING STATUS REPORT

    The Motion Regarding Order Issued by the Commonwealth Court of Pennsylvania Staying all Actions Currently Pending against Reliance, filed by codefendant MEDIC EMERGENCY SPECIALTIES, INC. on July 2, 2001 (docket No. **83**) is hereby **GRANTED**.

    Accordingly, these proceedings are hereby **STAYED** until further Order.

    Codefendant MEDIC EMERGENCY SPECIALTIES, INC. shall file a status report of the Rehabilitation proceedings initiated in Pennsylvania **on or before October 1, 2001.**

    IS SO ORDERED.

    In San Juan, Puerto Rico, this 12 day of July, 2001.

                                                      RAYMOND L. ACOSTA
                                          United States District Judge

AO 72
(Rev 8/82)