UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA

v.    CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 8/14/01   **Docket #** 85<br><br>[X] Plff. RAMON L. VIÑAS BUESO, ESQ.<br><br>**Title:** MOTION REQUESTING WITHDRAWAL OF LEGAL REPRESENTATION | **GRANTED.** MR. VIÑAS BUESO shall be substituted henceforward by GUILLERMO J. RAMOS LUIÑA, ESQ. as counsel for plaintiffs in this action. |

August 21, 2001
   Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:         EOD:

By: ___ # 86