IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

    v.                                         CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

## FURTHER ORDER STAYING PROCEEDINGS

The Motion to Inform Liquidation of Reliance filed by codefendant MEDIC EMERGENCY SPECIALTIES, INC. on October 22, 2001 (docket No. **88**) is **NOTED**.

Given the Order of Liquidation entered by the Commonwealth Court of Pennsylvania, the STAY previously issued in these proceedings shall continue in full force and effect until further notice.

IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of November, 2001.

                            RAYMOND L. ACOSTA
                            United States District Judge

AO 72
(Rev 8/82)