UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANAUZA

V.   CASE NUMBER: CIVIL 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES, INC.

### O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/15/02   Docket # 90<br><br>[X] **Plff.**<br><br>**Title:** MOTION REQUESTING LIFT OF STAY | **GRANTED.** The Further Order Staying the Proceedings issued on November 8, 2001 (docket No. 89) is hereby **VACATED AND SET ASIDE** |

| MOTION | RULING |
|---|---|
| Date Filed: 9/27/02   Docket # 91<br><br>[X] **Dft.** DR. RAHADAMES HERNANDEZ SOTO<br><br>**Title:** MOTION NOTIFYING CHANGE OF ADDRESS [ROBERTO RUIZ COMAS, ESQ.] | **NOTED.** |

October 17, 2002   RAYMOND L. ACOSTA
Date   U.S. District Judge

Rec'd:   EOD:

By: # 92