UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANAUZA

V.

MEDIC EMERGENCY SPECIALTIES, INC.

CASE NUMBER: CIVIL 98-2016 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/18/02  **Docket #** 94<br><br>[X] **Joint**<br><br>**Title:** JOINT MOTION WITHDRAWING LEGAL REPRESENTATION | **GRANTED.** JORGE LOPEZ LOPEZ, ESQ., of the firm of OTERO & LOPEZ is hereby authorized to withdraw as counsel for codefendant MEDIC EMERGENCY SPECIALTIES, INC.<br><br>Until substitute counsel enters an appearance on behalf of MEDIC EMERGENCY SPECIALTIES, INC. all motions and orders issued hereinafter in this case shall be served as follows:<br><br>DR. JUAN GARCIA CASTRO<br>Director<br>MEDIC EMERGENCY SPECIALTIES, INC.<br>P.O. Box 600<br>Bayamón, PR 00960 |

October 24, 2002
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: # 95