IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

v.                                                      CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES, INC.,
et al.,

    Defendants.

## OMNIBUS ORDER

The following matters pending in these proceedings are hereby disposed of as follows.

### Substitute Counsel for MEDIC

Codefendant MEDIC EMERGENCY SPECIALTIES, INC. ("MEDIC") shall appear through substitute counsel[1] **no later than December 10, 2002.**

### Extension of Time to File Memorandum

The Motion in the Matter of Filing of a Supplemental Memorandum, filed by DR. RAHADAMES HERNANDEZ ("DR. HERNANDEZ") on November 8, 2002 is **GRANTED**. Accordingly, codefendants MEDIC and DR. HERNANDEZ shall file **no later than January 31, 2003** a memorandum of law in accordance with the Order in the Matter of Timeliness of Claims, issued on October 17, 2002 (docket No. 93).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21st day of November, 2002.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See Order authorizing withdrawal of JORGE LOPEZ LOPEZ, ESQ. issued on October 24, 2002 (docket No. 95).