IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

v.                                                    CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

**ORDER SETTING FINAL DEADLINE FOR
FILING SUPPLEMENTAL BRIEF ON TIMELINESS ISSUE
AND FOR APPEARANCE OF COUNSEL FOR MEDIC EMERGENCY**

The Second Motion Regarding Supplemental Brief, filed by codefendant DR. RAHADAMES HERNANDEZ on January 22, 2003 (docket No. 98) is **GRANTED** as follows.

A **final** term to submit a supplemental memorandum on the timeliness issue[1] is set for **February 28, 2003.** In the event that the memorandum is not filed by this deadline trial shall be scheduled forthwith.

Codefendant MEDIC EMERGENCY SPECIALTIES, INC. shall appear through substitute counsel **on or before February 28, 2003.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of January, 2003.



RAYMOND L. ACOSTA
United States District Judge

---

[1] See Order in the Matter of Timeliness of Claims and Setting Deadline for Codefendants to File Memorandum of Law, filed on October 18, 2002 (docket No. 93).