IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

v.                                          CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

**ORDER SETTING DEADLINE FOR
PLAINTIFF TO RESPOND**

Unless plaintiff responds **on or before March 28, 2003** to the arguments set forth by codefendant DR. RAHADAMES HERNANDEZ[1] the claims asserted against him and MEDIC EMERGENCY SPECIALTIES, INC. shall be dismissed as untimely.[2]

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of March, 2003.

                                                RAYMOND L. ACOSTA
                                              United States District Judge

---

[1] See Motion in Compliance with Order and Submitting Supplemental Memorandum to Dismiss Complaint, filed on February 26, 2003 (docket No. 100).

[2] See Order in the Matter of Timeliness of Claims and Setting Deadline for Codefendants to File Memorandum of Law, filed on October 18, 2002 (docket No. 93).