IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

v.                                        CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

## ORDER DISMISSING CLAIMS ASSERTED AGAINST DR. RHAHADAMES HERNANDEZ AND MEDIC EMERGENCY

The court having reviewed the memoranda filed by the parties[1] hereby agrees with the arguments presented by codefendant DR. RHAHADAMES HERNANDEZ SOTO to the effect that any prior claims against the HOSPITAL REGIONAL DE BAYAMON under the particular circumstances of this case did not operate to toll plaintiff's actions against DR. HERNANDEZ SOTO and/or MEDIC EMERGENCY SPECIALTIES, INC.

The court further notes that, as set forth in detail in its prior Order,[2] despite the ample discovery opportunities available to plaintiff in all prior proceedings he was far from diligent in ascertaining the correct identity of any of the parties purportedly

---

[1] See Motion in Compliance with Order... filed on February 26, 2003 (docket No. **100**) and Plaintiff's Opposition... filed on March 28, 2003 (docket No. **102**).

[2] See Order in the Matter of Timeliness of Claims... filed on October 18, 2002 (docket No. 93).

CIVIL NO. 98-2016 (RLA) Page 2

liable for his care at the Hospital's Emergency Room on **August 28, 1995.**

Based on the foregoing, the claims asserted against MEDIC EMERGENCY SPECIALTIES, INC. and DR. RAHADAMES HERNANDEZ SOTO are hereby **DISMISSED AS UNTIMELY.**

Judgment shall be entered accordingly.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of April, 2003.

RAYMOND L. ACOSTA
United States District Judge