IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAYMOND N. COREY LANUZA,

    Plaintiff,

    v.                                        CIVIL NO. 98-2016 (RLA)

MEDIC EMERGENCY SPECIALTIES,
INC., et al.,

    Defendants.

## FINAL JUDGMENT

The court having dismissed the claims asserted against DR. RHAHADAMES HERNANDEZ SOTO and MEDIC EMERGENCY SPECIALTIES, INC. through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the claims asserted against MEDIC EMERGENCY SPECIALTIES, INC. and DR. RAHADAMES HERNANDEZ SOTO as well as the outstanding claims against their respective insurers be and the same are hereby **DISMISSED AS UNTIMELY**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of April, 2003.

RAYMOND L. ACOSTA
United States District Judge